UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM HAZEL,
    Petitioner

vs.    CIVIL NO. 1:CV-17-0297

WARDEN RUSSELL PERDUE,    (Judge Caldwell)

    Respondent

*O R D E R*

And now, this 22nd day of May, 2017, upon consideration of the Petition for Writ of Habeas Corpus

    1. The Petition for Writ of Habeas Corpus (ECF No. 1) under 28 U.S.C. § 2241 is dismissed without prejudice for lack of jurisdiction.

    2. The Clerk of Court is directed to close the case.

    /s/ William W. Caldwell
    William W. Caldwell
    United States District Judge